# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ann Block, | Case No. 2:24-cv-00781-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Health Plan of Nevada, | |
| Defendant. | |

Plaintiff Ann Block has filed several documents with this Court in an attempt to file a claim. ECF No. 1. But before this case can proceed plaintiff must file an application to proceed in forma pauperis or pay the requisite $405 filing fee by May 27, 2024. In addition, plaintiff must file a complaint.

**I.     *In forma pauperis* request or payment of fee**

A plaintiff has two options to proceed in this Court with her claims against Health Plan of Southern Nevada. She can (1) pay the full $405 fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or (2) commence an action without paying the filing fees by submitting an affidavit stating that she lacks sufficient funds. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).

Plaintiff has not paid the filing fee or submitted an application to procced *in forma pauperis*. As a result, this Court will set a deadline for May 27, 2024, for plaintiff to choose one of the two options mentioned above. In addition, this Court will instruct the Clerk of Court to send plaintiff an application to proceed *in forma pauperis*.

**II.     Filing a complaint**

Plaintiff cannot submit a letter to this Court and attach documents as a substitute for a complaint. Plaintiff must file a complaint containing a short and plain statement of the grounds

for the Court's jurisdiction. See Fed. R. Civ. P. 8(a)(1). Additionally, the complaint must contain a short and plain statement describing the underlying case and defendant's involvement in the case. See Fed. R. Civ. P. 8(a)(2). Although the Federal Rules of Civil Procedure adopt a flexible pleading standard, plaintiff still must give the defendant fair notice of the plaintiff's claims against it and plaintiff's entitlement to relief.

This Court will set a deadline for May 27, 2024, for plaintiff to file a complaint. In addition, this Court will instruct the Clerk of Court to send plaintiff a sample pro se complaint form as it appears in the Forms Section of this Court's website.

### III.    Conclusion

**IT IS THEREFORE ORDERED** that plaintiff shall have until May 27, 2024, to either (1) file an application to proceed *in forma pauperis* or (2) pay the requisite $405 fee ($350 filing fee + $55 administrative fee) for filing a civil action.

**IT IS FURTHER ORDERED** that Plaintiff shall have until May 27, 2024, to file a complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send plaintiff (1) a copy of form AO 240 (IFP Application to Proceed Without Prepayment of Fees) and (2) a sample pro se complaint form as it appears in the Forms Section of this Court's website.

**IT IS FURTHER ORDERED** that failure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.

DATED: April 25, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE