**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANN BLOCK,<br><br>　　　Plaintiff<br><br>v.<br><br>HEALTH PLAN OF NEVADA,<br><br>　　　Defendant | Case No.: 2:24-cv-00781-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 9] |

　　　On July 17, 2024, Magistrate Judge Weksler recommended that I dismiss plaintiff Ann Block's case because she did not file an amended complaint by the given deadline. ECF No. 9. Block did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 9) is accepted, plaintiff Ann Block's case is dismissed without prejudice, and the clerk of court is instructed to close this case.

　　　DATED this 2nd day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE